UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CADEN RAY GREENE #54813 | CIVIL ACTION NO. 25-0414-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| POLICE JURY BOSSIER PARISH, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

Pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge screened Plaintiff Caden Ray Greene's ("Plaintiff") Complaint because he is proceeding in forma pauperis. Both § 1915(e)(2)(B) and § 1915A(b) provide for a *sua sponte* dismissal of Plaintiff's Complaint, or any portion thereof, if the Court finds it is frivolous or malicious, if it fails to state a claim on which relief may be granted, or if it seeks monetary relief against a defendant who is immune from such relief.

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted: (1) Plaintiff's claim that Deputy Rodartey "verbally sexually assaulted" him; (2) Plaintiff's claims against Bossier Maximum Security Center, Bossier Parish Police Jury, Bossier Parish Sheriff's Office, and Medical; and (3) Plaintiff's request for habeas corpus relief. The Court will retain Plaintiff's claims of excessive force and

sexual touching against Deputy Cesar Rodartey.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 13th day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE