UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CADEN RAY GREENE | CIVIL ACTION NO. 25-0414 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| POLICE JURY BOSSIER PARISH, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

**MEMORANDUM ORDER**

Before the Court is a Motion for Summary Judgment filed by Plaintiff, Caden Ray Greene ("Greene"). See Record Document 47. For the reasons set forth below, the motion is **DENIED AS PREMATURE**.

**BACKGROUND**

Greene filed this action naming several defendants: Bossier Parish Police Jury, Bossier Parish Sheriff's Office, Deputy Cesar Rodartey, and Bossier Maximum Security Center. To date, however, only one defendant, the Bossier Parish Sheriff's Office, has been served. See Record Document 30. No other defendant has appeared, answered, or otherwise responded to the Complaint. Despite the incomplete service of process, Greene filed the instant Motion for Summary Judgment (Record Document 47).

**LAW AND ANALYSIS**

Federal Rule of Civil Procedure 56 authorizes summary judgment only after the parties have been properly served. As the Supreme Court of the United States explained in Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., "service of process… is fundamental to any procedural imposition on a named defendant," and a court may not exercise authority over a defendant until proper service. 526 U.S. 344, 350 (1999). Without service of process, a court cannot exercise power over a defendant, meaning it cannot render a

summary judgment. See id. Because only the Bossier Parish Sheriff's Office has been served in this case (Record Document 30), and the remaining defendants have neither been served nor appeared, the procedural posture of the case does not permit consideration of Greene's motion. Summary judgment is therefore premature until all defendants have been properly served.

## CONCLUSION

For the reasons stated above,

**IT IS ORDERED** that Greene's Motion for Summary Judgment (Record Document 47) is **DENIED AS PREMATURE.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of December, 2025.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE